**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Edward CLARK, Defendant–**
**Appellant.**

**No. 02–6949.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 26, 2002.

James Edward Clark, Appellant Pro Se. Paul J. McNulty, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James Edward Clark seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Clark*, Nos. CR–99–424–A; CA–01–1574–AM (E.D. Va. filed May 1, 2002; entered May 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*